# UNITED STATES DISTRICT COURT
for the
District of Colorado

| Donald Bosch | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Kerry Wilke | ) |
| Marion Keyes | ) |
| Dunn, Keyes, Gelman & Pummell, LLC | ) |
| Lee Gelman | ) |
| Mountain Law Group, LLC | ) |
| *Defendants* | ) |

## NOTICE OF DISMISSAL

As provided by Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the Complaint in this action without prejudice.

Mitchem Law, LLC

*/s/ James E. Mitchem*

James E. Mitchem
Attorneys for the Plaintiff
8101 E. Belleview Avenue, Unit F
Denver, CO 80237
(303) 721-6080
jimmitchem@yahoo.com

## CERTIFICATE OF SERVICE(CM/ECF)

I HEREBY CERTIFY that on the 15th day of March, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Andrew D. Ringel, Esq.**
ringela@hallevans.com

*/s/ James E. Mitchem*

1